| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| Ronald I. LeVine<br>210 River Street<br>Suite 11<br>Hackensack, NJ 07601<br>(201) 489-7900 | **FILED**<br>JAMES J. WALDRON, CLERK<br>FEB 17 2012<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY _____ DEPUTY |
| In Re:<br>James J Georginis | Case No.: 11-19694<br>Chapter: 11 (Small Business)<br>Judge: Donald H. Steckroth |

### ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT, FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF THE PLAN, AND FIXING THE TIME FOR FILING OBJECTIONS TO THE DISCLOSURE STATEMENT AND TO THE CONFIRMATION OF THE PLAN, COMBINED WITH NOTICE THEREOF AND OF THE HEARING ON FINAL APPROVAL OF THE DISCLOSURE STATEMENT AND THE HEARING ON CONFIRMATION OF THE PLAN

The relief set forth on the following page is hereby **ORDERED**.

2/17/12

/s/ Donald H. Steckroth

This matter having been opened to the Court by _____James J Georginis_____, Plan Proponent, through counsel, _____Ronald I. LeVine_____, upon the filing of a Small Business Plan and Small Business Disclosure Statement dated ___02/09/2012___ under Chapter 11 of the United States Bankruptcy Code; it is

**ORDERED**, and notice is hereby given, that:

A. The Disclosure Statement dated ___02/09/2012___ and filed by the Debtor is conditionally approved.

B. Within two (2) days after the entry of this Order, the Plan, the Disclosure Statement and a ballot conforming to Official Form 14 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee.

C. ___March 20, 2012___ is fixed as the last day for filing and serving written objections to the Disclosure Statement and confirmation of the Plan.

D. ___March 20, 2012___ is fixed as the last day for filing written acceptances or rejections of the Plan under D.N.J. LBR 3018-2.

E. A hearing shall be held on ___March 27, 2012___ at __2:00 pm__ (a date within 45 days of the filing of the Plan) for final approval of the Disclosure Statement (if a written objection has been timely filed) and for confirmation of the Plan before the Honorable ___Donald H. Steckroth___, United States Bankruptcy Court, District of New Jersey,
___50 Walnut Street, Newark, NJ 07102___, in Courtroom __3B__.

*new.9/1/10*