*The Law Office of*

# Ronald I. LeVine

---

| | |
|---|---|
| RONALD I. LeVINE | 210 River Street, Suite 11 |
| ROBERT WACHTEL | Hackensack, New Jersey 07601 |
| EILEEN L. LINARDUCCI | Telephone (201) 489-7900 |
| | Facsimile (201) 489-1395 |
| | email: RIL210@AOL.COM |

April 20, 2012

Clerk of the Bankruptcy Court

Re:   James Georginis, Debtor
      Chapter 11 Case No: 11-19694DHS
      Confirming Letter

Dear Sir or Madam:

This letter serves to confirm that the above Confirmation Hearing originally scheduled for May 12, 2012 will be adjourned to May 29, 2012 at 10 a.m.

Very truly yours,


*/s/ Julie Weller*
Julie Weller
Legal Assistant