*The Law Office of*

# Ronald I. LeVine

---

| | |
|---|---|
| RONALD I. LeVINE | 210 River Street, Suite 11 |
| ROBERT WACHTEL | Hackensack, New Jersey 07601 |
| EILEEN LINARDUCCI | Telephone (201) 489-7900 |
| | Facsimile (201) 489-1395 |
| | email: RIL210@AOL.COM |

April 30, 2012

Hon. Donald H. Steckroth
Via email

Re:   James Georginis, Debtor
      Chapter 11, Case No. 11-19694

Dear Judge Steckroth:

   We efiled on April 23, 2012 a letter dated April 12th, 2012 Modifying the Chapter 11 Plan in the above small business/individual case. In the interests of cost control and efficiency we wish to have the court confirm that this method of modifying the Plan is acceptable in lieu of preparing an amended Plan and Disclosure Statement, which would then need to be served on the more than 90 creditors in this case.

   This modification to the Plan simply changes the treatment of one secured creditor Wayne Thomas, the sole mortgage holder on debtor's property located in Scranton Pa. from attempting to cram down his lien and retain the property, to surrendering the property to Mr. Thomas with a Deed in lieu of foreclosure. The effect of this would simply reduce by $30.000.00 the payment needed in the Plan between Mr. Thomas's cram down value and the tax lien of the Lackawana Tax Collector. The impact of this change would have no material impact in terms of treatment of other classes of creditors, and increases the economic feasibility of the Plan. In light of this modification, Mr. Thomas has signed an amended ballot approving the Plan as amended by the April 12 letter.

   There is presently scheduled a confirmation hearing for May 29th. Since there are over 90 creditors in this case, we would like to hear from the court before serving the Modification letter to the entire creditor body.

                                        Respectfully submitted,

                                        */s/ Robert Wachtel*
                                        Robert Wachtel

Cc:  Frank Catalina, Esq.
     Fran Steele, Esq.
     Dean Despotovich, Esq.
     James Georginis