Debtor:  JAMES GEORGINIS
Case No. 11-19694DHS
Caption of Order: CONSENT ORDER RESOLVING MOTION BY BCB
COMMUNITY BANK FOR DISMISSAL POST PETITION

**CONSENT ORDER RESOLVING MOTION BY BCB COMMUNITY BANK FOR DISMISSAL POST PETITION**

**I HEREBY CERTIFY** that with respect to the copy of the captioned

Consent Order submitted to the Court, the following conditions have been met:

(a) The terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order;

(b) The signatures represented by the /s/_____ on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order;

(c) I will retain the original consent order for a period of seven years from the date of closing of the case or adversary proceeding.

(d) I will make the original consent order available for inspection upon request of the Court or any party in interest; and

(e)  I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr.P.
9011.

_**/S/Robert Wachtel**_
Robert Wachtel,
For the Law Office of Ronald I. LeVine
Attorney for Debtor