UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Case No.: _____

Chapter: 11

Judge: _____

# NOTICE OF INTENTION TO CLOSE CASE
# PURSUANT TO D.N.J. LBR 3022-1(a)

TO: DEBTOR, DEBTOR'S ATTORNEY, TRUSTEE, if any, and UNITED STATES TRUSTEE

It appearing that an Order Confirming the Chapter 11 Plan was entered more than five (5) months ago, you are hereby notified of the Court's intention to close the above captioned case pursuant to D.N.J. LDR 3022-1(a). The case shall be closed on or after _____ unless an objection to closing is filed with the court and served on the United States Trustee at least seven (7) days prior to the hearing date set forth below. In the event a timely objection is filed, a hearing will be held on:

Date: _____
Time: _____
Location: _____
_____
_____

**NOTICE CONCERNING DISCHARGES:** Individual debtors will not receive a discharge until the following documents are filed with the Clerk.

- *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23). This form must be filed no later than the date when the last payment is made by the debtor as required by plan or the filing of a motion for discharge under 11 U.S.C. § 1141(d)(5)(B); and

- *Individual Chapter 11 Debtor's Certification of Completion of Plan Payments*.

DATED: _____        JAMES J. WALDRON, Clerk

*rev.12/15/09*